```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARK J. McKEON
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone (559) 498-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for the
 6   United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:10-cr-00090 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING HEARING; ORDER |
| v. | ) | THEREON |
| | ) | |
| DUSTIE DENISE LEVINE, | ) | DATE: April 11, 2011 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | CTRM: Hon. Anthony W. Ishii |
| | ) | |
| _____ | ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto that the hearing on the sentencing in the above-entitled matter, as to defendant DUSTIE DENISE LEVINE only, previously set for January 3, 2011, be continued until **April 11, 2011, at 9:00 a.m.**

    The reason for this continuance is to allow counsel for the defendant and the government time for further preparation.  Ms. Levine's plea agreement contains a cooperation agreement which needs to be completed before she can be sentenced.  The plea agreement is contingent on her co-defendant's case which is currently set for a status conference on January 10, 2011.  It is both parties estimate, at this time, that a hearing on

1

April 4, 2011 would allow the necessary time to comply with the plea agreement and be prepared for the sentencing hearing.

```
                                BENJAMIN B. WAGNER
                                United States Attorney


DATED: December 23, 2010  By:   /s/Mark J. McKeon
                                MARK J. McKEON
                                Assistant U.S. Attorney

DATED: December 23, 2010        /s/ Joseph Altshule
                                JOSEPH ALTSHULE
                                Attorney for Defendant
```

**ORDER**

IT IS SO ORDERED.

Dated:      December 23, 2010
                       CHIEF UNITED STATES DISTRICT JUDGE

2