```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARK J. McKEON
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 498-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for the
 6    United States of America
 7
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:10-cr-00090 AWI |
|  | ) |  |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
|  | ) | SENTENCING HEARING; ORDER |
| v. | ) | THEREON |
|  | ) |  |
| DUSTIE DENISE LEVINE, | ) | DATE: July 11, 2011 |
|  | ) | TIME: 9:00 a.m. |
| Defendant. | ) | CTRM: Hon. Anthony W. Ishii |
|  | ) |  |
| _____ | ) |  |

IT IS HEREBY STIPULATED by and between the parties hereto that the hearing on the sentencing in the above-entitled matter, as to defendant DUSTIE DENISE LEVINE only, previously set for April 11, 2011, be continued until **July 11, 2011, at 9:00 a.m.**

The reason for this continuance is to allow counsel for the defendant and the government time for further preparation.  Ms. Kyle's plea agreement contains a cooperation agreement which needs to be completed before she can be sentenced.  It is both parties estimate, at this time, that a hearing on July 11, 2011 would allow

//

//

1

the necessary time to comply with the plea agreement and be prepared for the sentencing hearing.

                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATED: April 7, 2011    By:    /s/Mark J. McKeon
                                    MARK J. McKEON
                                    Assistant U.S. Attorney

DATED: April 7, 2011           /s/ Joseph Altshule
                                    JOSEPH ALTSHULE
                                    Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:     April 8, 2011        _____
                                    CHIEF UNITED STATES DISTRICT JUDGE