BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 498-4000
Facsimile: (559) 497-4099

Attorneys for the
  United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  1:10-cr-00090 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING HEARING; ORDER |
| v. ) | THEREON |
| ) | |
| DUSTIE DENISE LEVINE, ) | DATE: October 31, 2011 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | CTRM: Hon. Anthony W. Ishii |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto that the hearing on the sentencing in the above-entitled matter, as to defendant DUSTIE DENISE LEVINE only, previously set for July 11, 2011, be continued until **October 31, 2011, at 9:00 a.m.**

   The reason for this continuance is to allow counsel for the defendant and the government time for further preparation.  Ms. Levine's plea agreement contains a cooperation agreement which needs to be completed before she can be sentenced.  A jury trial on the remaining co-defendant, Stephanie Yost, is set for October 18, 2011.  It is both parties estimate, at this time, that a hearing on October 31, 2011, would allow the necessary time to comply with the

1

plea agreement and be prepared for the sentencing hearing.

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATED: May 31, 2011      By:     /s/Mark J. McKeon
                                 MARK J. McKEON
                                 Assistant U.S. Attorney

DATED: May 31, 2011              /s/ Joseph Altshule
                                 JOSEPH ALTSHULE
                                 Attorney for Defendant
```

**ORDER**

IT IS SO ORDERED.

Dated:     May 31, 2011
                                    CHIEF UNITED STATES DISTRICT JUDGE

2